

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:    In re Christus Health Gulf Coast d/b/a Christus St. Catherine Hospital, Relator

Appellate case number:    01-13-00983-CV

Trial court case number:    2013-19390

Trial court:    11th District Court of Harris County

On November 14, 2013, relator, Christus Health Gulf Coast D/B/A Christus St. Catherine Hospital, filed a petition for writ of mandamus and a motion for emergency stay. Relator's motion for emergency stay is **denied**.

It is so ORDERED.

Judge's signature: /s/ Justice Jim Sharp
                  ☒ Acting individually    ☐ Acting for the Court

Date:  November 15, 2013